**MSUMF Exh. 1**

Gerovic v. Denver, et al

Plaintiff's Motion for Summary Judgment

No. 1:19-cv-03710-RM-NRN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-03710-RM-NRN

EMINA GEROVIC,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a Body politic and corporate of the State of Colorado, acting by and through its DEPARTMENT OF GENERAL SERVICES and FACILITIES MANAGEMENT OPERATIONS;
LEROY LEMOS, in his official capacity as Facilities Management Operations Supervisor at the Department of General Services, and in his individual capacity;
MURPHY ROBINSON, in his official capacity as Executive Director of General Services, and in his individual capacity;
JAMES E. WILLIAMSON, in his official capacity as Facilities Management Operations Director at the Department of General Services, and in his individual capacity;
KEVIN O'NEIL, in his official capacity as Facilities Management Operations Deputy Director at the Department of General Services, and in his individual capacity;
JOEL WOMICK, in his official capacity as DGS Contingent Worker at HSS Inc., and in his individual capacity;
KYLE KNOEDLER, in his official capacity as DGS Facility Supervisor of HSS Inc., and in his individual capacity; and
HSS, INC., a Colorado Corporation, acting as a hired agent by the City and County of Denver, by and through their contingent workers, Joel Womick, Kyle Knoedler, and others.

Defendants.

---

## AFFIDAVIT OF EMINA GEROVIC IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

---

Emina Gerovic, being first duly sworn or affirmed upon oath, states as follows:

1

1. That I am the Plaintiff in this action.

2. I was previously employed as a custodian by the Defendant, City and County of Denver, and never had any type of public relations position, where I was holding myself out as a representative of the City and County of Denver.

3. My employment with the City and County of Denver, was terminated on November 27, 2017, based in large part on the posting of Facebook posts, which were **not** posted at work. True and accurate copies of the Facebook posts in question and the Notice of Dismissal that I received from my employer are submitted as Exhibits 2 and 3 to my Separate Statement of Undisputed Facts in Support of my Motion for Summary Judgment.

4. That the Facebook posts were prepared and posted in my home, with the help of my daughter, and not while I was at work with the City and County of Denver.

Dated this 19th day of May 2021.

*Emina Gerovic*
Emina Gerovic

County of Douglas )
)ss.
State of Colorado )

Subscribed and sworn to or affirmed before me this 20th day of May 2021 by Emina Gerovic.

_____
Notary Public

My Commission expires: April 6, 2024

DIANA LAURA LUNA-GONZALEZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20184012093
MY COMMISSION EXPIRES APRIL 6, 2024